# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 24-1001**  **September Term, 2025**

FILED ON: SEPTEMBER 9, 2025

IN RE: SEALED CASE

---

On Appeal from the United States Tax Court

---

Before: SRINIVASAN, *Chief Judge*, HENDERSON and GARCIA, *Circuit Judges*

## **J U D G M E N T**

This cause came to be heard on the record compiled before the United States Tax Court and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the Tax Court's grant of summary judgment to the government be vacated and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/

Daniel J. Reidy
Deputy Clerk

Date: September 9, 2025

Opinion for the court filed by Circuit Judge Garcia.