United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1001　　　　　　　　　　　　　　September Term, 2024

USTC-8391-18W

Filed On: September 9, 2025

In re: Sealed Case,

**BEFORE:**　　Srinivasan, Chief Judge; and Henderson and Garcia, Circuit Judges

# O R D E R

It is **ORDERED**, on the court's own motion, that the parties show cause, by September 19, 2025, why the opinion in this case, issued under seal on September 9, 2025, should not be unsealed. In the event the parties conclude that any portion of the opinion should remain under seal, the parties are directed to meet and confer and thereafter identify the proposed redactions and provide an explanation for each proposed redaction. The parties are strongly encouraged to submit a joint response. The response(s), which may be filed under seal, if necessary, may not exceed 2,600 words.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　　/s/
　　　Daniel J. Reidy
　　　Deputy Clerk